# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| CARLA MATTHEWS AND JOHN CLINTON MATTHEWS, III,<br><br>Plaintiffs,<br><br>v.<br><br>QBE INSURANCE CORPORATION,<br><br>Defendant. | CIVIL ACTION NO.: _____<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(b) (DIVERSITY)** |

Defendant, QBE Insurance Corporation (hereafter "QBE" or "Defendant"), hereby gives notice, pursuant to 28 U.S.C. §§ 1332, 1441(b), and 1446, that Defendant has removed the above-captioned matter to the United States District Court for the Western District of North Carolina, Asheville Division[1]. A copy of this Notice is being filed with the Clerk of the Superior Court of Buncombe County, North Carolina, pursuant to 28 U.S.C. § 1446(b). In support of this Notice, Defendant states the following:

## PROCEDURAL HISTORY AND CASE BACKGROUND

1. This civil action arises out of a homeowners insurance policy and contract entered between QBE, Carla Matthews and John Clinton Matthews, III (hereafter "Plaintiffs"), and whether QBE is required to indemnify Plaintiffs for the damages it alleges they incurred, pursuant to the insurance contract or any other applicable law.

2. On or about July 26, 2024, Plaintiffs filed their complaint against QBE in the Superior Court of Buncombe County, North Carolina (the "Complaint"). The Complaint

---

[1] QBE Insurance Corporation is the sole remaining defendant. Defendants, QBE Americas, Inc., QBE North America, QBE Specialty Insurance Company, QBE Europe SA/NV, QBE Reinsurance Corporation, QBE UK Limited, QBE Insurance Agency, Inc., and QBE First Insurance Agency, Inc., were dismissed from this action on September 9, 2024. (See Exhibit 3).

1

was assigned case no. 24 CV 207114-100 (the "State Court Action"). *See Exhibit 1, copy of Plaintiffs' Complaint.*

3. In sum, the Complaint alleges that QBE issued a homeowners insurance policy to Plaintiffs, numbered QHP 6337912 (the "Policy"); that such Policy provided certain coverage for the Plaintiffs' property at 5 Whispering Oaks Drive, Candler, NC 28715 [*sic*] (the "Property"); that following a loss event on August 17, 2021, which Plaintiffs alleges cased damage to the Property, Plaintiffs submitted an insurance claim to QBE that QBE partially denied. S*ee Exhibit 4, the Policy. See also Complaint, ¶¶5-11, and 15*.

4. Specifically, Plaintiff alleges the following against QBE:

   a. Breach of contract;

   b. Bad faith; and

   c. Unfair and deceptive trade practices.

*Id. at ¶¶ 12-22, 23-27, and 28-34, respectively.*

5. Plaintiffs seek an undisclosed amount in excess of $25,000.00 in relation to the First, Second and Third counts against QBE. *See Complaint.*

6. Plaintiffs also seek treble damages. *See Complaint.*

7. Finally, the Complaint seeks an unidentified amount of interest, attorneys' fees, and costs.

8. Plaintiffs thereafter served the Complaint upon Defendant QBE Insurance Corporation on July 31, 2024 via the North Carolina Department of Insurance ("NCDOI"). *See Exhibit 2, Acceptance of Service Letter from NCDOI.*

9. The case stated by the initial pleading was not removable because Plaintiffs

had joined non-diverse Defendants, QBE Insurance Agency, Inc., and QBE First Insurance Agency, Inc.

10. On September 9, 2024, Plaintiffs filed a Notice of Voluntary Dismissal without Prejudice as to Defendants, QBE Americas, Inc., QBE North America, QBE Specialty Insurance Company, QBE Europe SA/NV, QBE Reinsurance Corporation, QBE UK Limited, QBE Insurance Agency, Inc., and QBE First Insurance Agency, Inc., only.

11. This removal is filed within thirty (30) days of receipt of the Voluntary Dismissal, which first made it ascertainable that this case is one that is or has become removable. Thus, this removal is timely pursuant to 28 U.S.C. § 1446(b)(3). *See also Caterpillar, Inc. v. Lewis; No. 95–1263, 117 S.Ct. 467 (1996), and Blue Ridge Paper Products LLC v. Industrial Svcs Group, Inc., No. 1:22-cv-00144-MR-WCM, 2023 WL 3034599 (W.D., NC, 2023).*

12. In accordance with the foregoing, including 28 U.S.C. §§ 1332(a)(1), 1446 (b)(3), and 1446 (c)(1), Defendant now removes this matter to this Court based upon diversity jurisdiction.

## JURISDICTIONAL BASIS UNDER 28 U.S.C. § 1332

13. Under U.S.C. § 1332(a)(1), this Court has "original jurisdiction where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between … citizens of different States …." *Id.* Here, both criteria are met.

**A. Complete Diversity of Citizenship Exists.**

14. According to the Complaint, Plaintiffs are citizens and residents of Buncombe County, North Carolina. *See Exhibit. 1, Compl. ¶1.*

15. Defendant QBE Insurance Corporation is incorporated in Pennsylvania with

its principal place of business in New York, New York.

16. As Plaintiffs and Defendant are the only Parties to this Action and are citizens of different states, complete diversity between the Parties exists.

**B. The Amount in Controversy Exceeds $75,000.00.**

17. As indicated above, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

18. Plaintiffs' prayer for relief also includes treble damages, attorneys' fees and costs. *See supra.*

19. Although Plaintiffs' claim an undisclosed amount of damages in relation to their First, Second, and Third Counts, Plaintiffs' claimed damages total <u>at least</u> $225,000.00, in excess of the jurisdictional threshold.

20. Accordingly, the requirements of 28 U.S.C. §1332 are satisfied, as the amount in controversy exceeds $75,000.00.

## **LEGAL ARGUMENT**

21. As stated above, the amount in controversy in this matter exceeds $75,000.00, exclusive of interest and costs, and this matter is between citizens of different states. Accordingly, this Honorable Court has jurisdiction pursuant to 28 U.S.C. §§ 1332 and 1441.

22. Pursuant to 28 U.S.C. §1441(a), this Court is the proper venue for removal because it is the district and division embracing the place where the originally filed State Action is pending. Defendant, though, does not waive their right to contest venue, including pursuant to 28 U.S.C. §1404.

23. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being

4

served upon counsel for the Plaintiffs and shall be contemporaneously filed with the Clerk's Office for the Superior Court of Buncombe County, North Carolina.

24. Copies of the Notice of Removal to Opposing Counsel and the Notice of Filing the Notice of Removal, both of which shall be filed in the State Court action, are attached hereto as *Exhibits 5 and 6,* respectively.

25. This Notice of Removal is not a waiver of Defendant's defenses, including but not limited to the right to contest venue, nor should it be understood or construed as a waiver of any defense QBE may have against any of the allegations in the Complaint, or as a general appearance or waiver of any defense based upon lack of jurisdiction or for failure to state a claim.

WHEREFORE, Defendant, QBE Insurance Corporation, requests that the above-captioned action be removed from the Superior Court, Buncombe County, North Carolina, to the United States District Court for the Western District of North Carolina, Asheville Division.

Respectfully submitted, this the 19th day of September, 2024.

BUTLER WEIHMULLER KATZ CRAIG LLP

_s/ L. Andrew Watson_____
L. Andrew Watson
NC Bar No.: 41812
Jason. W. Burgess
NC Bar No.: 56644
11525 N. Community House Road, Suite 300
Charlotte, North Carolina 28277
Mail Center: 400 North Ashley Street, Suite 2300
Tampa, FL 33602
Telephone: (704) 543-2321
Facsimile: (704) 543-2324
Email: awatson@butler.legal
jburgess@butler.legal
*Attorneys for QBE Insurance Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2024, I served a true and correct copy of the foregoing **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(b) (DIVERSITY)** by placing the same, postage prepaid, in the United States Mail and via email addressed to the following persons, as well as filing the same with the above-captioned court via ECF Pacer:

>Paul Louis Bidwell, Esq.
>The Bidwell Law Firm, PA
>207 Hillside Street
>Asheville, North Carolina 28801
>paul@thebidwelllawfirm.com
>*Counsel for Plaintiffs*

>s/ L. Andrew Watson
>L. Andrew Watson